IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00156-M

| | |
|---|---|
| MICHAEL YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>US RADIOLOGY SPECIALISTS, INC.,<br><br>    Defendant. | ORDER |

On June 28, 2023, this court issued a Notice to Plaintiff of Failure to Make Service Within 90 Days. DE 5. The Plaintiff failed to reply within the allotted time. Accordingly, Defendant, US Radiology Specialists Inc., is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is DIRECTED to close the case.

SO ORDERED this 14th day of July, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE