UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL YOUNG,                          )
                                        )
                Plaintiff,              )
                                        )
vs.                                     )          **FINAL JUDGMENT**
                                        )          **4:21-CV-161-M**
US RADIOLOGY SPECIALISTS, INC.,         )
                Defendant.              )
                                        )
                                        )
                                        )
                                        )

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on July 14, 2023 [DE 6], Defendant, US Radiology Specialists Inc., is DISMISSED WITHOUT PREJUDICE .

This Judgment filed and entered on July 14, 2023, and copies to:
Counsel of Record (via CM/ECF Electronic Notification)

July 14, 2023                                Peter A. Moore, Jr.
                                             Clerk of Court


                                      By: /s/ Kimberly R. McNeill
                                          Deputy Clerk